UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:12-cv-80577-KAM

BRIAN KEIM, an individual, on behalf
of himself and all others similarly situated,

    Plaintiff,

vs.

ADF MIDATLANTIC, LLC, a foreign limited
liability company, et al.

    Defendants.
_____/

## DECLARATION

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

    1.    I am counsel for American Huts, Inc. ("AHI"), ADF Midatlantic, LLC ("Midatlantic"), ADF Pizza I, LLC ("Pizza") and ADF PA, LLC ("PA" and with Midatlantic and Pizza, the "non-Florida Defendants") in the above-captioned matter.

    2.    On July 16, 2012, based on authorization received from AHI and the non-Florida Defendants, I sent the letter attached as Ex. A hereto to Mr. Scott Owens, who is counsel of record for Plaintiff. I personally emailed a copy of this letter to Mr. Owens (at scott@scottdowens.com). I also sent Mr. Owens the letter via first-class mail to his address at 664 E. Hallandale Beach Blvd., Hallandale, Florida 33009.

    3.    The letter offered to pay Mr. Brian Keim the sum of $1,500 for each and every text message he received, which was sent by or on behalf of any of the four Defendants between May 27, 2008 and the present. The letter also offered to pay Mr. Keim any costs and attorneys' fees he has

incurred in litigating this suit. Further, Defendants agreed to the injunctive relief sought by Mr. Keim in his Complaint.

    4.    By email sent July 17, 2012, Mr. Owens rejected the offer of complete relief on behalf of Mr. Keim.

FURTHER DECLARANT SAYETH NAUGHT.

Executed on July 27, 2012 in Ft. Lauderdale, Florida.

_____
Moises Melendez

# EXHIBIT A

2400 EAST COMMERCIAL BLVD., SUITE 1100  FORT LAUDERDALE, FLORIDA 33308-4044

*www.sedgwicklaw.com*   954.958.2500 *phone*   954.958.2513 *fax*



*Moises Melendez, Esq.*
*(954) 351-4865*
*moises.melendez@sedgwicklaw.com*

July 16, 2012    ***Confidential - For Settlement Purposes Only***

**Via Email & First Class Mail**

Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009

Re:   *Keim v. ADF Midatlantic, LLC, et al.*, Case No. 12-cv-80577

Dear Scott:

This Letter is for settlement purposes only. We have been retained to represent ADF MidAtlantic, LLC, American Huts, Inc., ADF Pizza I, LLC and ADF PA, LLC (referred to in the Complaint as the "ADF Companies") in the above-captioned lawsuit (the "Lawsuit"). In making this settlement offer, the ADF Companies do not admit any liability to Plaintiff Brian Keim ("Plaintiff" or "Keim"), or even that there is proper jurisdiction over any or all of the ADF Companies, but rather make this offer solely to avoid the expense and inconvenience of litigation.

The ADF Companies, on behalf of themselves and their subsidiaries and affiliated entities, hereby make the following settlement offer to Plaintiff to resolve all claims which Plaintiff has or had against the ADF Companies arising from or related to any "short message service ('SMS')" or text messages sent by or on behalf of any or all of the ADF Companies to Plaintiff during the period May 27, 2008 to the present (the "Claim Period"), which Plaintiff did not authorize the ADF Companies and/or any of their agents to send to it.

The ADF Companies hereby offer to pay Plaintiff the sum of $1,500 for each and every text message which Plaintiff received, which was sent by or on behalf of any of the ADF Companies during the Claim Period. In addition, the ADF Companies agree to pay Plaintiff any costs which he would recover were he to prevail in the Lawsuit, including the cost of the filing fee and any service fees which would be taxable as costs. If we are unable to reach an agreement as to the amount of fees, the ADF Companies offer to submit the issue of fees to the Court to decide.

Although somewhat unclear, Plaintiff's Complaint seems to allege that at least two text messages sent on behalf of ADF Companies are at issue. (*See* Compl. ¶ 24.) Please advise me in writing as to the number of text messages which Plaintiff contends were sent to Keim by or on behalf of any of the ADF Companies during the Claim Period, so that we may arrange for payment. Also, please provide us in writing an itemized statement of recoverable costs so that we may arrange for payment of costs as well.

11654-000001/98

Mr. Scott D. Owens, Esq.
Re: *Keim v. ADF MidAtlantic, LLC, et al.*, Case No. 12-cv-80577
July 16, 2012
Page 2                                             **Confidential - For Settlement Purposes Only**

The ADF Companies also agree to the injunctive relief sought by Plaintiff in the Complaint, namely to cease "all communications in violation of the [Telephone Consumer Protection Act]," which the ADF Companies understand to mean to cease the transmission of text messages to recipients who have not granted their permission to receive text advertisements.

In addition, the ADF Companies hereby extend the identical offer (with the exception of taxable costs which would not be incurred by someone who had not filed suit) made to Plaintiff to any other person or entity represented by your firm as of the date of this offer, who also received a text advertisement sent by or on behalf of the ADF Companies during the Claim Period and who did not consent to receive the text or authorize the ADF Companies to send the text to them. The aforementioned offer to persons or entities other than Plaintiff is limited to a total of 10 persons.

The offers extended in this letter are intended to fully satisfy the individual claims of Plaintiff made in the Lawsuit or which could have been made in the Lawsuit, and to satisfy any similar claims of any other person to whom this offer is extended, and to the extent the offer extended does not do so, the ADF Companies hereby offer to provide Plaintiff, or any other eligible person to whom this offer was extended, with any other relief which is determined by the Court to be necessary to fully satisfy all of the individual claims of Plaintiff in the Lawsuit or the similar claims of any other person to whom this offer is extended.

The ADF Companies request that Plaintiff, and any other person eligible to accept the settlement offers extended in this letter, execute a release, releasing the ADF Companies and other from liability for any and all claims arising from or related to Plaintiff's claims made in the Lawsuit or in the case of others, the similar claims of others. The ADF Companies also request that the agreement provide that the settlement is confidential.

Please advise us whether Plaintiff, or any other eligible person or entity accepts the offer extended in this letter so that we may arrange for payment on the terms provided herein. We are happy to discuss this offer with you at any time.

Regards,

*[signature]*

Moises Melendez
Sedgwick LLP

11654-000001/98