IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BRIAN KEIM, an individual, on behalf of
himself and all others similarly situated,

        Plaintiff,                           Case No.  9:12-cv-80577

v.                                            Hon. Judge Kenneth A. Marra

ADF MIDATLANTIC, LLC, a foreign limited
liability company,
AMERICAN HUTS INC., a foreign
corporation,
ADF PIZZA I, LLC, a foreign limited liability
company, and
ADF PA, LLC, a foreign limited liability
company,

        Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

ADF Midatlantic, LLC, American Huts Inc., ADF Pizza I, LLC and ADF PA, LLC (collectively, "ADF"), provide this Honorable Court with notice of the following supplemental authority relating to ADF's Rule 12(b)(1) motion to dismiss, which is pending before this Honorable Court.  The decision in *Genesis Healthcare Corp. v. Symczyk*, 2013 WL 1567370, 569 U.S. _____ (April 16, 2013), was issued by the United States Supreme Court today and discusses the use of offers of judgment to satisfy plaintiff's claims.  The Supreme Court's slip opinion is attached hereto as Exhibit A.

DATED: April 16, 2013                            Respectfully submitted,

                                                            **SEDGWICK LLP**

                                                            By:   */s/ Charles S. Davant*

                                                            Moises X. Melendez (FL Bar No. 908835)
                                                           Moises.Melendez@sedgwicklaw.com
                                                           Charles S. Davant (FL Bar No. 15178)
                                                           Charles.Davant@sedgwicklaw.com

        2400 East Commercial Blvd., Suite 110
        Fort Lauderdale, Florida 33308
        Telephone: (954) 958-2500
        Facsimile: (954) 958-2513

        David S. Almeida (*admitted pro hac vice*)
        David.Almeida@sedgwicklaw.com
        **SEDGWICK LLP**
        One North Wacker Drive, Suite 4200
        Chicago, Illinois 60606
        Telephone: (312) 641-9050
        Facsimile: (312) 641-9530

*Counsel for ADF MidAtlantic, LLC, ADF PA, LLC, ADF Pizza I, LLC, and American Huts Inc.*