UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80577-CIV-MARRA

BRIAN KEIM, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,
vs.

ADF MIDATLANTIC, LLC, a foreign limited
liability company, et al,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendants' Combined Motion to Dismiss Class Action Complaint Pursuant to FRCP 12(b)(1) for Lack of Federal Subject Matter Jurisdiction and FRCP 12(b)(6) for Failure to State a Claim for Which Relief Can Be Granted, with Incorporated Memorandum of Law (DE 18).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall brief the issue of whether Defendants' September 21, 2012, offer of judgment strips this Court of subject matter jurisdiction under *Genesis Healthcare Corp. v. Symczyk*, 569 U.S. ___, No. 11-1059, 2013 WL 1567370 (U.S. Apr. 16, 2013). Defendants shall have ten (10) days from the date of entry of this Order to file a memorandum. Plaintiff shall have ten (10) days from the date of Defendants' memorandum to respond. Defendants shall have five (5) days from the date of Plaintiffs' response to reply.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of April, 2013.

_____
KENNETH A. MARRA
United States District Judge