UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:12-cv-80577-KAM

BRIAN KEIM, an individual, on behalf
of himself and all others similarly situated,

      Plaintiff,

v.

ADF MIDATLANTIC, LLC,
a foreign limited liability company, *et al.*

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Plaintiff, BRIAN KEIM, through counsel, hereby notifies the Court of the following supplemental authority: *Sanchez v. Prudential Pizza, Inc.*, 709 F.3d 689 (7th Cir. March 13, 2013) (holding that defendant bears the burden in regard to any ambiguity concerning an offer of judgment made pursuant to Rule 68). A copy of the aforesaid decision is attached hereto as "**Exhibit A**." The aforementioned authority is being submitted in further support of the Plaintiff's Response in Opposition to Motion to Dismiss for lack of subject matter jurisdiction filed on December 9, 2012 [DE-39], which remains pending before this Honorable Court.

      Respectfully submitted,

      /s/ *Scott D. Owens*
      **SCOTT D. OWENS, ESQ.**
      Florida Bar No.: 0597651
      *Attorney for Plaintiff*
      664 E. Hallandale Beach Blvd.
      Hallandale, Florida 33009
      Phone 954-589-0588

2

Fax 954-337-0666
scott@scottdowens.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

By: *s/Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 0597651