UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-cv-80577-KAM

BRIAN KEIM, an individual, on behalf of
himself and all others similarly situated,

      Plaintiff,

vs.

ADF MIDATLANTIC, LLC a foreign
limited liability company, et al.,

      Defendants.

_____/

## ORDER

This matter is before the Court *sua sponte*. On May 12, 2015, the Court granted Defendants' motion to stay discovery. The Court ordered that all discovery would be stayed pending "resolution of Defendants' pending motion to dismiss [for failure to state a claim] (DE 81) and further Order of this Court." (DE 91 at 3.) On June 1, 2015, the Court denied without prejudice Plaintiff's motion for limited jurisdictional discovery and granted his motion for leave to file an amended complaint. (DE 96 at 4.) The Court stated that it would "rule on any Rule 12(b)(6) motion before turning to any Rule 12(b)(2) motion; the necessity of jurisdictional discovery will be determined after that ruling." (DE 96 at 4.)

After Plaintiff filed an amended complaint, Defendants American Huts, Inc. and Pizza Hut, Inc. filed a Rule 12(b)(6) motion and the remaining Defendants filed a Rule 12(b)(2) motion. (DE 99; 100.) On November 10, 2015, the Court denied the Rule 12(b)(6) motion. (DE 114.) Thus, there is no reason for the stay of discovery to continue as to Defendants American Huts, Inc. and Pizza

Hut, Inc. The Rule 12(b)(2) motion remains pending, but Plaintiff has not responded to it—presumably because it first wants to take jurisdictional discovery.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the stay of discovery is **LIFTED** as to Defendants American Huts, Inc. and Pizza Hut, Inc. It is further **ORDERED AND ADJUDGED** that the parties shall file a joint response to this Order advising the Court of their respective positions on (1) whether, and to what extent, the stay of discovery should be lifted as to the remaining Defendants and (2) a briefing schedule for the Rule 12(b)(2) motion (DE 100). The joint response shall be filed by **Friday, November 20, 2015**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of November, 2015.

_____
KENNETH A. MARRA
United States District Judge