IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRIAN KEIM, an individual, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 9:12-cv-80577 ) |
| v. | ) Hon. Judge Kenneth A. Marra ) |
| ADF MIDATLANTIC, LLC, a foreign limited liability company, AMERICAN HUTS INC., a foreign corporation, ADF PIZZA I, LLC, a foreign limited liability company, ADF PA, LLC, a foreign limited liability company, and PIZZA HUT, INC., a foreign corporation | ) Magistrate Judge William Matthewman ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER GRANTING THE PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS CAUSE having come before the Court upon the Parties' Joint Motion to Modify Scheduling Order (DE 135), and the Court being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

Pursuant to Federal Rule of Civil Procedure 16(b)(4), good cause exists to modify the current Scheduling Order. The Parties' Joint Motion (DE 135) is therefore **GRANTED**. The Scheduling Order is hereby modified as follows:

| | |
|---|---|
| **Jurisdictional Discovery Cut-Off:** | March 16, 2016 |
| **12(b)(2) Opposition Deadline:** | April 15, 2016 |
| **Reply re: 12(b)(2) Motion:** | April 25, 2016 |
| **Discovery Cut-Off:** | November 2, 2016 |
| **Expert Discovery Cut-Off:** | December 10, 2016 |

| | |
|---|---|
| **Motion for Class Certification:** | January 5, 2017 |
| **Opposition to Class Certification:** | February 3, 2017 |
| **Reply re: Class Certification:** | February 17, 2017 |

Further, the Parties are hereby ordered to submit a joint status report within 14 days of the Court's ruling on class certification to set all other dates and deadlines, including deadlines for the filing of dispositive motions and trial.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of February, 2016.

KENNETH A. MARRA
United States District Judge