## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BRIAN KEIM, an individual, on behalf of )
himself and all others similarly situated, )
                                  )
                 Plaintiff, )   Case No.  9:12-cv-80577
                                  )
v. )   Hon. Judge Kenneth A. Marra
                                  )
ADF MIDATLANTIC, LLC, a foreign )   Magistrate Judge William Matthewman
limited liability company, )
AMERICAN HUTS INC., a foreign )
corporation, )
ADF PIZZA I, LLC, a foreign limited liability )
company, )
ADF PA, LLC, a foreign limited liability )
company, and )
PIZZA HUT, INC., a foreign corporation )
                                  )
                 Defendants. )

## MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil Local Rule 5.4(b), Section 9 of the CM/ECF Administrative Procedures, and Section 2K of the Southern District of Florida's General Civil Case Filing Requirements, Plaintiff Brian Keim ("Plaintiff"), by and through his undersigned counsel, hereby respectfully requests that the Court enter an Order permitting him to file under seal his *Response in Opposition to ADF Defendants' Motion to Dismiss Second Amended Complaint* (the "Motion") and exhibits in support of the same.

Good cause exists to allow Plaintiff to file the Motion and related exhibits under seal. In particular, Plaintiff's Motion contains detailed references, including quotations, to documents that have been designated "Confidential" by Defendants, under the terms of the Stipulation and Protective Order ("Protective Order") entered on February 4, 2016 in this matter. [ECF No. 134]. These "Confidential" documents include Defendants' contracts with two companies for the

provision of text message marketing services, as well as billing documents related to the same, and Defendants' franchise agreements. Furthermore, deposition testimony as well as the Motion itself discusses these documents at length and thus qualify as confidential under the Protective Order

In compliance with L.R. 5.4(b)(1), Plaintiff has filed the proposed sealed filing via CM/ECF using the events specifically earmarked for sealed civil filings as described in detail in Section 9 of the CM/ECF Administrative Procedures. Also as required, Plaintiff respectfully requests that the proposed sealed filing be maintained under seal for a minimum of one year after the resolution of any appeals in this matter, at which time the proposed sealed filing should be destroyed.

**WHEREFORE**, Plaintiff Brian Keim respectfully requests that this Court enter an Order instructing the Clerk to file Plaintiff's *Response in Opposition to ADF Defendants' Motion to Dismiss Second Amended Complaint* and accompanying exhibits under seal until one year after the resolution of any appeals in this matter.

### RULE 7.1(a)(3) CERTIFICATION

I HEREBY CERTIFY that I have conferred with opposing counsel and Defendants do not oppose the relief requested herein.

Dated: April 15, 2016.

Respectfully submitted,

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, Florida 33019
Telephone: 954-589-0588

Facsimile: 954-337-0666
scott@scottdowens.com
patrick@scottdowens.com

Amy L. Wells, *pro hac vice*
Keogh Law, Ltd
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
312.374.3401 (Direct)
312.726.1092 (Main)
312.726.1092 (Fax)
AWells@Keoghlaw.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2016, I electronically field the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Scott D. Owens
Scott D. Owens, Esq.