## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRIAN KEIM, an individual, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No.  9:12-cv-80577 |
| v. ) ) | Hon. Judge Kenneth A. Marra |
| ADF MIDATLANTIC, LLC, a foreign limited liability company, AMERICAN HUTS INC., a foreign corporation, ADF PIZZA I, LLC, a foreign limited liability company, ADF PA, LLC, a foreign limited liability company, and PIZZA HUT, INC., a foreign corporation ) ) ) ) ) ) ) ) ) | Magistrate Judge William Matthewman |
| Defendants. ) ) | |

### PLAINTIFF'S MOTION FOR EXTENSION TO FILE MOTION FOR CLASS CERTIFICATION

Plaintiff seeks a brief extension of time to file his Motion for Class Certification, currently due Jan. 5, 2017. [ECF No. 136]. Defendants submitted the expert report of Kenneth Sponsler on Dec. 6, 2016. [ECF No. 189-6, p. 3-4], four days before the Saturday, Dec. 10 close of expert discovery. [ECF No. 136]. Mr. Sponsler's opinions relate directly to the appropriateness of class certification.

Plaintiff has sought time to rebut Mr. Sponsler's opinions, as specifically provided for under FRCP 26(a)(2)(D)(ii). *See* [ECF No. 188].[1] Defendants agreed to permit the deposition of their expert, while refusing to agree to allow Plaintiff to file a rebuttal report. [ECF No. 189-6].[2]

---

[1] The facts giving rise to this motion is outlined in greater detail in ECF Nos. 188 and 190.
[2] Defendants implied Plaintiff should have filed a rebuttal report sooner. This is not only contrary to the Federal Rules' allowance of 30 days for this specific action, but also defies reason as Plaintiff could not possibly rebut opinions that had not yet been asserted. Notably, Plaintiff first requested information, including the opinions held, of Defendants experts in December 2015. [ECF No. 190-1, ¶3]. But Defendants did not disclose their intent to use an expert until Nov. 8, 2016; then Defendants only provided Kenneth Sponsler's name, and made no mention of any opinions he held. [ECF No. 189-4].

1

Plaintiff's then filed a motion for a 30-day extension of the discovery deadline, to permit time to conduct Mr. Sponsler's deposition and to file a rebuttal report. [ECF Nos. 188, 190].

Defendants have advised that Mr. Sponsler is unavailable to sit for his deposition until Jan. 4, 2017, one day before Plaintiff's deadline to file the Motion for Class Certification.[3] Conducting the deposition of Defendants expert on Jan. 4 would affect Plaintiff's ability to fully brief his Motion for Class Certification by the scheduled Jan. 5 deadline. Plaintiff moves this Court for a brief extension of this deadline by one week from either completion of the deposition of Defendants' expert witness, the close of expert discovery, or the Court's ruling on the motion for extension. This will provide Plaintiff the opportunity to complete the highly relevant deposition of Defendants' expert, and also permit Plaintiff time to prepare a rebuttal report.

This brief extension will neither undermine the Court's scheduling order, nor prejudice Defendants. This request is made so that Plaintiff may depose Defendants' expert, and file a rebuttal report, as contemplated by the Federal Rules, and compelled by the interest of justice.

## CONCLUSION

The current deadline for the Class Certification Motion is Jan. 5, 2017. Plaintiff seeks a brief extension to file his Class Certification Motion. Plaintiff seeks either:

(1) one week from the date that Plaintiff deposes Mr. Sponsler or expert discovery closes, if the Court grants Plaintiff's motion for extension [ECF No. 188]. Or

(2) if the Court denies Plaintiff's motion, one week from the date of that entry.

If the Court grants Plaintiff's request, Plaintiff moves the Court to extend the entire Class Certification briefing schedule set forth in ECF No. 136 by one week as well (*i.e.,* Defendants' Feb. 3 Response deadline and Plaintiff's Feb. 17 Reply deadline).

## **CERTIFICATION OF GOOD FAITH CONFERRAL**

Pursuant to S.D. Local Rule 7.1(a)(3), counsel for the Plaintiff conferred with counsel for Defendants. Counsel for Defendants stated that provided the response deadline was also advanced one week Defendants do not oppose a one week extension of the current class certification deadline.

---

[3] Defendants have agreed to hold the date of Jan. 4, 2017 for the deposition of their expert, Kenneth Sponsler, to move forward subject to the Court's granting Plaintiff's motion for extension of the expert discovery deadline.

2

Dated: December 21, 2016.

Respectfully submitted,

/s/ *Scott D. Owens*
Scott D. Owens (FBN: 597651)
Scott D. Owens, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
Telephone: (954) 589-0588
Fax: (954) 337-0666
Email: Scott@scottdowens.com

Amy L. Wells, *pro hac vice*
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.374.3401 (Direct)
312.726.1092 (Main)
312.726.1092 (Fax)
AWells@Keoghlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Scott D. Owens*
Scott D. Owens, Esq.