**EXHIBIT 8**

KENNETH SPONSLER on 01/04/2017

```
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
 2


 3
     BRIAN KEIM, an individual,     )
 4   on behalf of himself and all   )
     others similarly situated,     )
 5                                  )
                  Plaintiff,        )
 6                                  )
                vs.                 ) CASE NO.:
 7                                  ) 9:12-cv-80577-KAM
     ADF MIDATLANTIC, LLC,          )
 8   AMERICAN HUTS Inc.,            )
     ADF PIZZA I, LLC,              )
 9   ADF PA, LLC and                )
     PIZZA HUT, Inc.,               )
10                                  )
                  Defendants.       )
11

12                     -  -  -

13                 DEPOSITION OF
                 KENNETH SPONSLER
14               JANUARY 4, 2017
                   10:00 A.M.
15
              4400 RIVER GREEN PARKWAY
16                  SUITE 100
                 DULUTH, GEORGIA
17


18


19


20


21      REPORTED BY:
             STEVE HUSEBY, RPR
22              CCR-B-1372

23


24


25
```

```
 1   further investigate, you know, like contact that
 2   specific subscriber and say, you know, who -- are
 3   you the actual user of this number, did you provide
 4   this number, who is, who did, that kind of thing, it
 5   would be what I would say would be the limited
 6   purpose of it or benefits of it.
 7        Q.   Okay.  So is my understanding that if you
 8   had the telephone number and the carrier you would
 9   be able to subpoena the carrier and get very
10   reliable information with respect only to the
11   subscriber of the account, is that what you're
12   saying, not the user of the individual phone number?
13        A.   That's correct.  And by the way, you know,
14   Neustar, who right now manages this, is getting
15   ready to go over to Telcordia.  But Neustar, you
16   know, I'm sure you meant this, but Neustar would be
17   interested in before they could provide you the
18   servicing carrier, they would be interested in the
19   date that you're talking about.
20        Q.   Sure.
21        A.   And then so, yes, the issue is if that
22   carrier is servicing a particular number then -- and
23   if the carrier responds to your subpoena with that
24   information, then yes, you could identify a
25   subscriber associated with that number.
```