# GROUP EXHIBIT V

## DECLARATION OF KEN SPONSLER

I, Ken Sponsler, declare, under penalty of perjury, that I am of legal age and sound mind and, based upon personal knowledge, due investigation and review of pertinent information, that the following facts are true and correct to the best of my knowledge, information and belief.

1.      I am the Senior Vice President and General Manager of CompliancePoint, Inc.'s ("CompliancePoint") Customer Engagement compliance practice. CompliancePoint is a global professional services firm specializing in consumer contact compliance consulting and audit services, located in Duluth, Georgia.

2.      I have been retained by counsel in this action to analyze and compare records contained in the spreadsheets Bates No. AHI 005281, 005285 and 005290.

3.      The data fields for 005285 and 005290 are: Date, FF Sender, FF Sender Network, FF Recipient, FF Recipient Network.  The data fields for AHI 005281 are: ID, Phone, Subscriber, List, Keyword, Shortcode, Stamp.

4.      For purposes of this declaration, I will refer two groups of numbers that appear in AHI 005285 and 005290.  Column B in both AHI 005285 and 005290 has the header "FF Sender." I will refer to this column as Friend-Forwarders.  Column D in both AHI 005285 and 005290 has the header "FF Recipient."  I will refer to this column as Friend-Forwardees.

5.      Counsel asked me to make two comparisons.  First, Counsel asked me to compare AHI 005285 and 005290 and determine if any telephone numbers identified as Friend-Forwardees in either spreadsheet subsequently became Friend-Forwarders.  To accomplish this, at my direction, my senior data analyst caused the spreadsheets to be imported into a relational database. He then caused the Friend-Forwardee telephone number and date and the Friend-Forwarder telephone number and date to be extracted from each spreadsheet.  He then caused a JOIN function

to be executed on the telephone numbers to determine if any Friend-Forwardee telephone numbers became listed as Friend-Forwarder numbers and, if so on what date. A JOIN function allows him to extract information from more than one database table based on identification and comparison of a like data element that exists in both tables. He then caused a DATE DIFF function to be executed, which returns the specified interval between two dates, on the Date to verify that the date that the Friend-Forwardee became a Friend-Forwarder was after Friend-Forwardee was entered as a Friend-Forwardee.

6.      In AHI 005285, we found **457** records where the Friend-Forwardee became a Friend-Forwarder after becoming a Friend-Forwardee.   **105** of these records were distinct telephone numbers.

7.      In AHI 005290, we found **2,225** records where the Friend-Forwardee became the Friend-Forwarder after becoming a Friend-Forwardee.   **510** of these records were distinct telephone numbers.

8.      Second, Counsel asked me to compare the Friend-Forwardee columns in AHI 005285 and 005290 with the phone numbers appearing in Column B of AHI 005281.  To make this comparison, at my direction, my senior data analyst, caused AHI 005281 to be imported into the same relational database and again used the JOIN function to identify like data elements in multiple tables.

9.      He then caused a JOIN function to be executed on Column D in AHI 005285.  we identified **14** Friend-Forwardees where the telephone number subsequently appeared in AHI 005281.

10.    He then caused a JOIN function to be executed on Column D in AHI 005290.  We identified **559** Friend-Forwardees where the telephone number subsequently appeared in AHI 005281

11.    The methods used to produce these results are scientifically sound and repeatable.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  January 3, 2017

Ken Sponsler

3

# EXHIBIT V-1
## (FILED UNDER SEAL)

# EXHIBIT V-2
## (FILED UNDER SEAL)

# EXHIBIT V-3
## (FILED UNDER SEAL)