# EXHIBIT 3

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
 2

 3
     BRIAN KEIM, an individual,      )
 4   on behalf of himself and all    )
     others similarly situated,      )
 5                                   )
                 Plaintiff,          )
 6                                   )
             vs.                     ) CASE NO.:
 7                                   ) 9:12-cv-80577-KAM
     ADF MIDATLANTIC, LLC,           )
 8   AMERICAN HUTS Inc.,             )
     ADF PIZZA I, LLC,               )
 9   ADF PA, LLC and                 )
     PIZZA HUT, Inc.,                )
10                                   )
                 Defendants.         )
11

12                        -  -  -

13                    DEPOSITION OF
                     KENNETH SPONSLER
14                   JANUARY 4, 2017
                       10:00 A.M.
15
                 4400 RIVER GREEN PARKWAY
16                      SUITE 100
                     DULUTH, GEORGIA
17

18

19

20

21      REPORTED BY:
            STEVE HUSEBY, RPR
22             CCR-B-1372

23

24

25
```

```
 1   further investigate, you know, like contact that
 2   specific subscriber and say, you know, who -- are
 3   you the actual user of this number, did you provide
 4   this number, who is, who did, that kind of thing, it
 5   would be what I would say would be the limited
 6   purpose of it or benefits of it.
 7        Q.   Okay.  So is my understanding that if you
 8   had the telephone number and the carrier you would
 9   be able to subpoena the carrier and get very
10   reliable information with respect only to the
11   subscriber of the account, is that what you're
12   saying, not the user of the individual phone number?
13        A.   That's correct.  And by the way, you know,
14   Neustar, who right now manages this, is getting
15   ready to go over to Telcordia.  But Neustar, you
16   know, I'm sure you meant this, but Neustar would be
17   interested in before they could provide you the
18   servicing carrier, they would be interested in the
19   date that you're talking about.
20        Q.   Sure.
21        A.   And then so, yes, the issue is if that
22   carrier is servicing a particular number then -- and
23   if the carrier responds to your subpoena with that
24   information, then yes, you could identify a
25   subscriber associated with that number.
```

 1   remember exactly what it was, but I would say
 2   probably the average of those major carriers is
 3   probably around two to three years at least.
 4       Q.  So you think it would be two to three
 5   years or more?
 6       A.  It could be, yes.  I'd have to look at the
 7   data, but it could be that.
 8       Q.  Okay.  And those size you described as
 9   major carriers, is it an accurate statement to say
10   they are the five top carriers in terms of market
11   share?
12       A.  I think so.  I think you named top, you
13   know, the Verizon, the Sprint, the AT&T, the
14   T-Mobile, I think so.
15       Q.  Okay.  Would you dispute -- do you know
16   how much of the market share those five together
17   comprise?
18       A.  That's a data point that I have.  I
19   don't -- it's nothing that I put to memory but it is
20   fairly significant in terms of the lesser carriers
21   out there.
22       Q.  Would you have any reason to dispute that
23   it's nearly 90 percent?
24       A.  That might be a little bit high but it's
25   going to be between 70 and perhaps 90.

 1      Q.   With respect to those specific carriers,
 2   do you know how long AT&T maintains customer account
 3   information including name and address associated
 4   with a phone number?
 5      A.   I do not --
 6           MR. EISEN:  Objection, it exceeds the
 7   scope of his report.
 8   BY MS. WELLS:
 9      Q.   You don't know how long it's --
10      A.   No, I know I have the data point but I
11   don't remember what it was.
12      Q.   Do you happen to know how long T-Mobile
13   keeps information?
14      A.   Same response, ma'am.
15      Q.   Do you know with respect to any of those
16   five carriers?
17      A.   No.  You know, it didn't stand out to me
18   when we gathered all the data, other than the fact
19   that I thought it was remarkable that some companies
20   never throw anything away and some of the -- some of
21   them were very rigid, some of the bigger ones
22   because we're talking about a lot of data to have to
23   pay to store and archive and account for and be
24   subject to breach and all that other crazy stuff if
25   you don't need it anymore.  So you know, that was

```
 1   reasons.  You know, somebody gets married perhaps
 2   and goes off with their new husband or wife and, you
 3   know, they keep the number -- my daughter when she
 4   got married, she kept the phone, she kept the
 5   number.  Dad's still paying.
 6        Q.   Right.  Do you know of any study or data
 7   that supports whether or not people tend to try and
 8   maintain their cellular number?
 9        A.   I don't have a study of it.  I think
10   generally my experience is that people do try to
11   keep their numbers just because of family and
12   friends and business, but I do find that in the debt
13   collection world people that are in debt tend to
14   change numbers very, very frequently to avoid the
15   debt collectors.
16        Q.   All right.  But overall, with respect to a
17   trend you would agree that many if not most people
18   would want to keep their number because they wanted
19   their contacts to know how to reach their friends,
20   family, business associates, that kind of thing?
21        A.   I agree with that.
22        Q.   Okay.  In the event that, under the
23   hypothetical that you just presented that, you know,
24   son goes off to the military and so Mom who's the
25   subscriber gives his number to another child in the
```

```
 1   taking that assumption to be true, does that change
 2   your opinion with respect to whether or not the user
 3   of the phone number at issue, the friend forwardee,
 4   can be identified via the subpoenas to the carrier
 5   that we talked about earlier?
 6        A.   Well, I think if it's true that Sprint
 7   does in fact maintain accurate and reliable user
 8   information, which I'm sorry, I just doubt that, but
 9   if it's true that they did maintain it reliably and
10   they responded to a subpoena like this, I think you
11   would have that much better data if it were
12   reliable, yes.
13        Q.   And the same would hold true for any
14   carrier that maintains data like that, correct?
15        A.   That's correct.
16        Q.   Okay.  Do you know what percentage of
17   family plans include people with different names?
18        A.   I don't have data like that at all.  In my
19   case, my daughter's last name is Tafur and her
20   husband so that we have different names on my
21   account.
22        Q.   Okay.
23        A.   But I'm not sure, I don't have any data
24   about that.
25        Q.   Sure.  If you were to receive a
```

```
 1   notification in the mail looking for the user of
 2   your daughter's account -- phone number, would you
 3   know who I was looking for, if I sent you a letter
 4   and said identify this user or give this letter to
 5   the user of this telephone number, would you know if
 6   it was your daughter's phone number in fact, would
 7   you know that that's who it belonged to?
 8        A.   Absolutely.
 9        Q.   Okay.  Would you know that for everybody
10   that's on your family plan?
11        A.   I would.
12        Q.   Do you know what percentage of family
13   plans have users that reside at different addresses?
14        A.   I do not.
15        Q.   Do you think it's -- do you have any
16   reason to dispute that most people that are on a
17   family plan together would know -- the subscriber
18   would know where the other users live or at least
19   how to get ahold of them?
20        A.   Again, I preface the answer with what time
21   period you're talking about, if it's recent, today,
22   or if it's years ago.  And I know you're limiting
23   your question to family plans, but I think the
24   business and governmental agency issue would be much
25   more difficult than what you're describing for a
```

```
 1        A.   No.  They didn't indicate that -- they
 2   didn't indicate that they gave anybody an
 3   opportunity to object and whether or not they
 4   objected.  They didn't get to that level.  I guess
 5   this is just an internal process that they follow.
 6        Q.   Okay.  And so you don't know as a
 7   practical matter -- okay, in the case where you did
 8   see AT&T's response -- how many cases have you seen
 9   a subpoena response from AT&T?
10        A.   Probably one or two, not very many.
11        Q.   And how long has it been since you've seen
12   one of those?
13        A.   Probably a year or more.
14        Q.   And do you know if -- how long it took
15   between the time the subpoena was issued and the
16   information was actually gathered in response,
17   responsive data was given by AT&T?
18        A.   I have no idea.
19        Q.   But ultimately as far as you know AT&T did
20   comply with the subpoena?
21        A.   As far as I know they did, yes.
22        Q.   Do you know whether or not AT&T's
23   customers had any opportunity to object if they had
24   an objection in that case?
25        A.   I do not know that firsthand, no.  I know
```