Front

| **Legal Notice**<br><br>**You may be a member of a class action lawsuit against ADF Midatlantic, LLC, American Huts Inc., ADF Pizza I, LLC, ADF PA, LLC, and Pizza Hut, LLC, ("Defendants"). The lawsuit alleges that Defendants violated the Telephone Consumer Protection Act by sending automated text messages to individuals' cell phones without consent.**<br><br>• <br><br>**Please see inside for important details.**<br><br>**1-866-726-1092**<br>**www.keoghlaw.com/KeimTCPAclassaction**<br>**TCPA@Keoghlaw.com** | **Keim – TCPA Class Action Notice Administrator**<br>c/o << address >><br><<city, state>><br><<zip>><br><br>« ‖‖□□□□□ »<br>Postal Service:  Please do not mark barcode<br><br><<Subscriber First & Last Name>><br>**ATTN:  << <u>User Name</u> if Identified by Carrier>>**<br> **[Or, if the carrier indicates the subscriber is not the user, then:]**<br>**ATTN:  <<User of the cellular telephone number ending in <<last 4>><< between Nov. 2010 and Jan. 2013>>>>**<br><<Addr1>> <<Addr2>><br><<City>>, <<State>> <<Zip>> | Presorted<br>First-Class<br>Mail<br>US Postage<br>**PAID** |

66813

<u>Inside 1</u>

**Legal Notice of Class Action Lawsuit**

**You may be a member of a class action lawsuit against ADF Midatlantic, LLC, American Huts Inc., ADF Pizza I, LLC, ADF PA, LLC, and Pizza Hut, LLC, ("Defendants"). The lawsuit alleges that Defendants violated the Telephone Consumer Protection Act by sending automated text messages to individuals' cell phones without consent.**

**Plaintiff Brian Keim filed a class action lawsuit against Defendants in the United States District Court for the Southern District of Florida. The case name is** *Keim v. ADF Midatlantic, LLC, American Huts Inc., ADF Pizza I, LLC, ADF PA, LLC, and Pizza Hut, LLC,* **Case No. 9:12-cv-80577-KAM (S.D. Fla.).**

**The lawsuit alleges that Defendants violated the Telephone Consumer Protection Act ("TCPA") because Defendants caused text messages relating to Pizza Hut promotions to be sent to individuals whose telephone number was provided by a third-party.**

**You are getting this notice because you may be a member of the class. There is no class settlement and the case continues to be litigated.**

**If you are not the person who received the text messages described above, please send a copy of this notice to that person, or you may provide the name and address of the person who received the text messages to TCPA@Keoghlaw.com**

**Please read the back of this Notice carefully as it explains class member's rights.
For more information, visit www.keoghlaw.com/KeimTCPAclassaction or call (866) 726-1092**

66813

<u>Inside 2</u>

<div style="border:1px solid black; padding:10px;">

<center>**Who is a class member?**</center>

The Court certified the following class:

> A class consisting of all persons in the United States who received a text message from Defendants wherein their cellular telephone number was provided by a third party and said text messages were sent using hardware and software owned or licensed to Songwhale or Cellit between November 2010 and January 2013. Excluded from the class are all persons who received a text message from Defendants wherein their cellular telephone number was provided by a subscriber of the calling plan.

<center>**What are my options?**</center>

| | |
|---|---|
| **DO NOTHING to stay in the class** | By doing nothing, you will remain a member of the class. If the Court rules against Defendants, you may be entitled to payment. If the Court rules for Defendants, you will receive nothing. Either way, you will be bound by any judgment and may lose your right to file your own lawsuit against Defendants regarding the conduct at issue. |
| **EXCLUDE YOURSELF FROM THE CLASS by following the instructions below.** | If you exclude yourself from the class you will not receive any benefit from a resolution of this case, but you will not be giving up your legal claims against Defendants. |

<center>**How do I exclude myself?**</center>

If you do not want to remain a member of the class, you may exclude yourself by mailing a **written request** to the notice administrator at **Keim – TCPA Class Action Notice Administrator** ==**address**==. Your request for exclusion **must be postmarked by ==[30 days from notice mailing]==**. Your request for exclusion must also include your full name, address, and telephone number, and reference the case name *Keim v. ADF Midatlantic, LLC, et al.,* and the case number: 9:12-cv-80577-KAM.

If you exclude yourself, you will not receive any money recovered in the class action, but you will have the right to bring your own case to sue Defendants over the claims raised in this case. Also, the time you have in which to file your own lawsuit (called the "statute of limitations") will begin to run again. You will have the same amount of time to file the suit that you had when this case was filed.

<center>**How do I get further information?**</center>

Please visit www.keoghlaw.com/KeimTCPAclassaction for more information, including a more detailed explanation of your rights, important updates, and important documents filed in the case. You can also call Keogh Law, Ltd. toll free at (866) 726-1092 or email TCPA@Keoghlaw.com if you still have any questions. Before doing so, please read this full notice carefully.

<center>**DO NOT CONTACT THE COURT REGARDING THIS NOTICE**</center>

</div>

66813

IMPORTANT CLASS ACTION NOTICE.

PLEASE OPEN TO REVIEW IMPORTANT LEAGL INFORMATION
ABOUT YOUR RIGHTS IN A LAWSUIT.

BACK

66813