# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case 9:12-cv-80577-MARRA/MATTHEWMAN

BRIAN KEIM,, individually and
on behalf of others similarly situated,

*Plaintiff*,

v.

ADF MIDATLANTIC, LLC, a foreign
limited liability company, AMERICAN HUTS
INC., a foreign corporation, ADF PIZZA I, LLC, a
foreign limited liability company, ADF PA, LLC,
a foreign limited liability company, and
PIZZA HUT, INC., a foreign corporation

*Defendants*.



FILED BY _____ D.C.

FEB 15 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO ORDER SPRINT TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA [DE 276]

This Cause is before the Court upon Plaintiff's Consent Motion to Order Sprint to Produce Documents in Response to Subpoena for Purposes of Class Notice. ECF No. 276. Plaintiff moved the Court, with the consent of Sprint and Defendants, to order Sprint to produce data related to its subscribers who reside in California and Pennsylvania, as set forth in Plaintiff's subpoena. The Court being fully advised in the premises approves the motion as set forth below.

In order to send class notice, Plaintiff's subpoena, dated February 7, 2019, seeks:

(1) For each of the telephone numbers listed in the Spreadsheet Number 1 attached to Plaintiff's February 7, 2019 Subpoena, identify the (1) name, (2) mailing address, and (3) email address of the account-holding subscriber to that telephone number between November 1, 2010 and January 31, 2013 by appending additional columns to Spreadsheet Number 1.

(2) If a telephone number does not belong to a subscriber or user during the entire November 1, 2010 to January 31, 2013 timeframe, please append an additional column to Spreadsheet Number 1 stating the date range the telephone number did belong to a subscriber or user.

(3) For each of the telephone numbers listed in the Spreadsheet Number 2 attached to Plaintiff's February 7, 2019 subpoena, identify the subscriber of the account, and any

users, as well as which telephone numbers are associated with each person by appending an additional column to Spreadsheet Number 2.

The Court finds that pursuant to Cal. Pub. Util. Code § 2894(a), and as expressly authorized by this Order, Sprint shall produce the above requested information as requested in Plaintiff's February 7, 2019 subpoena.

As to Sprint's Pennsylvania customers, the Court finds Pennsylvania law expressly allows production "as authorized by federal law." The Pennsylvania Wiretapping and Electronic Surveillance Control Act provides that "[a] person or entity may divulge a record or other information pertaining to a subscriber to, or customer of, the service … as authorized by Federal law..." 18 Pa. C.S.A. §5742(c)(4) Accordingly, this Order for production is contemplated by and consistent with Pennsylvania law, and provides Sprint any requisite authority to produce the requested data.

Accordingly, it is **ORDERED AND ADJUDGED** Sprint shall produce the following information for each applicable person in California and Pennsylvania:

(1)　For each of the telephone numbers listed in the Spreadsheet Number 1 attached to Plaintiff's February 7, 2019 Subpoena, identify the (1) name, (2) mailing address, and (3) email address of the account-holding subscriber to that telephone number between November 1, 2010 and January 31, 2013 by appending additional columns to Spreadsheet Number 1.

(2)　If a telephone number does not belong to a subscriber or user during the entire November 1, 2010 to January 31, 2013 timeframe, please append an additional column to Spreadsheet Number 1 stating the date range the telephone number did belong to a subscriber or user.

(3)　For each of the telephone numbers listed in the Spreadsheet Number 2 attached to Plaintiff's February 7, 2019 subpoena, identify the subscriber of the account, and any users, as well as which telephone numbers are associated with each person by appending an additional column to Spreadsheet Number 2.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of February 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE