# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **BRIAN KEIM, on behalf of himself and all others similarly situated,** ) ) ) | |
| ) | **Case No. 9:12-cv-80577-KAM** |
| **Plaintiff,** ) ) | |
| **v.** ) | Hon. Judge Kenneth A. Marra |
| ) | |
| **ADF MIDATLANTIC, LLC, et al.,** ) | Magistrate Judge William Matthewman |
| ) | |
| **Defendants.** ) ) | |

## DECLARATION OF AMY L. WELLS

1. I am one of the attorneys for the plaintiff, Brian Keim, and the Class.

2. I submit this declaration in support Plaintiff's Motion to Compel AT&T to Respond to Subpoena or to Show Cause for Failure to Respond to Subpoena for Purposes of Class Notice.

3. Following class certification, my office has taken steps in accordance with the Court's Order to identify the class members. These steps include service of subpoenas upon each of the cellular carriers identified in Defendants' records. And since that time, I have conferred with a representative or counsel for most of the cellular carriers.

4. To date, no other carrier has charged Plaintiff for responding to the subpoenas in this case, with the exception of US Cellular, which charged $325.00.

5. Sprint and Verizon, the other two major carriers, have been compliant in this process. Sprint has completed its production, and while Verizon disclosed it suffered a technical issue delaying response, production is underway.

6. My office provide AT&T's counsel with a copy of this Court's Order, granting the consent motion to compel Sprint (ECF No. 277), and has repeatedly requested AT&T agree to such an order, but AT&T has refused.

7. AT&T estimates that approximately 950 of the numbers associated with its service of Class member numbers in this case belong to customers with Pennsylvania addresses.

70348

1

2

I declare under penalty of perjury that the foregoing is true and accurate. Executed in Chicago, Illinois, on March 27, 2019.

                                  *Amy L. Wells* _____
                                  Amy L. Wells