# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| BRIAN KEIM, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 9:12-cv-80577-KAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Kenneth A. Marra |
| | ) | |
| ADF MIDATLANTIC, LLC, et al., | ) | Magistrate Judge William Matthewman |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF CLASS COUNSEL

1.      I am one of the attorneys for the plaintiff, Brian Keim, and the Class.

2.      I submit this declaration in support of the Consent Motion to Order Verizon to Produce Documents in Response to Subpoena for Purposes of Class Notice.

3.      On Mach 1, 2019, my office caused a supplemental subpoena to be served. This subpoena contained four telephone numbers that were inadvertently omitted for inclusion in the amended subpoenas served on February 7, 2019. On March 13, 2019, Verizon responded to this subpoena, stating that the four numbers had "not been assigned by the industry and d[o] not exist."

4.      I have participated in numerous conferrals with Verizon representatives, including Verizon's legal counsel, regarding compliance with the outstanding subpoena.

I declare under penalty of perjury that the foregoing is true and accurate. Executed in Chicago, Illinois, on April 1, 2019.

_Amy L. Wells_____
Amy L. Wells

73258

1