UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-80577-MARRA/MATTHEWMAN

BRIAN KEIM, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

ADF MIDATLANTIC, LLC, a foreign

limited liability company, et al.,

    Defendants,

_____/

## JOINT STATUS REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL AGAINST VERIZON WIRELESS

Pursuant to the Court's Order Setting Hearing and Requiring Further Conferral and Joint Notice [D.E. 334], the Parties (Plaintiff and Verizon Wireless) hereby advise the Court that the Parties have continued to confer and are nearing a resolution. The Parties anticipate they will file a Supplemental Joint Status report tomorrow seeking vacation of the July 2, 2019 hearing.

Dated: June 27, 2019

Respectfully submitted,

s/ *Keith J. Keogh*
Keith J. Keogh
Amy L. Wells, *pro hac vice*
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.374.3401 (Direct)
312.726.1092 (Main)
312.726.1092 (Fax)

>AWells@Keoghlaw.com
>Keith@Keoghlaw.com
>Scott D. Owens
>SCOTT D. OWENS, PA.
>3800 S. Ocean Dr., Ste. 235
>Hollywood, FL 33019
>Phone: 954-589-0588
>Fax: 954-337-0666
>Email: Scott@ScottDOwens.com
>
>*Counsel for Plaintiff*
>
>Robert J. Alwine, Esq.
>Fla. Bar No. 404179
>ROBERT JOSEPH ALWINE, P.A.
>240 Crandon Boulevard, Suite 263
>Key Biscayne, Florida 33149
>Telephone:  (305) 965-0813
>robert@robertalwine.com
>
>*Attorneys for Non-Party Verizon Wireless*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and served upon Counsel for AT&T via electronic mail.

>By: s/ *Keith J. Keogh*
>
>Keith J. Keogh