**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 12-CV-80577-MARRA/MATTHEWMAN**

BRIAN KEIM, an individual, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

ADF MIDATLANTIC, LLC, a foreign
limited liability company, et al.,

    Defendants,
_____/

**VERIZON WIRELESS'S SUPPLEMENTAL STATUS REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL AGAINST VERIZON WIRELESS**

Pursuant to the Court's June 10, 2019 *Order Setting Hearing And Requiring Further Conferral And Joint Notice* [D.E. 334] and the Parties' Joint Status Report [D.E. 352] Verizon Wireless files this status report[1], advising the Court that the parties have been unable to fully resolve Plaintiff's Motion to Compel Verizon to Comply with Plaintiff's Subpoena [D.E. 333], hereafter the "Motion").

**ONE ISSUE REMAINS FOR DETERMINATION BY THE COURT**

The Motion seeks to compel the "account-holding subscribers' telephone number." D.E. 333 at 1. As explained in its Opposition papers and in a Supplemental Declaration provided to counsel for Plaintiff, Verizon Wireless does not know which user is using any particular number associated with a Shared Plan Account at any given time. *See, e.g.,* Najar Decl. [ECF 339-2] at ¶ 7-8. Plaintiff, however, has made it clear that he believes Verizon Wireless possesses this information. The parties have not been able to resolve this factual dispute.

---

[1] At the time of this filing, Plaintiff and Verizon Wireless have not been able to reach agreement on the filing of this Supplemental Status Report as contemplated in the initial Joint Status Report [D.E. 352]. Given that the hearing is scheduled for tomorrow afternoon and lead counsel for Verizon Wireless is flying today to attend it, Verizon Wireless is filing this supplemental notice unilaterally to advise the Court of the remaining issues. *See* Cote Decl. ¶ 2-3, Ex. B.

<u>NOTICE OF FILING</u>

To further aid the Court in the resolution of this factual issue, Verizon Wireless files the attached Supplemental Declarations of Donna Najar and Alexander H. Cote, which were provided to counsel for Plaintiff on June 28, 2019 and June 30, 2019, respectively.

Dated: July 1, 2019                                      Respectfully submitted,

*[signature: Robert J. Alwine]*

Robert J. Alwine, Esq.
Fla. Bar No. 404179
ROBERT JOSEPH ALWINE, P.A.
240 Crandon Boulevard, Suite 263
Key Biscayne, Florida 33149
Telephone: (305) 965-0813
robert@robertalwine.com

 -and-

Alexander H. Cote, Esq.
Admitted Pro Hac Vice
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
acote@scheperkim.com

*Attorneys for Non-Party Verizon Wireless*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Robert J. Alwine*
Robert J. Alwine