# **EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRIAN KEIM, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> ADF MIDATLANTIC, LLC, *a foreign limited liability company,* <br> AMERICAN HUTS, INC., *a foreign corporation,* <br> ADF PIZZA I, LLC, *a foreign limited liability company,* <br> ADF PA, LLC, *a foreign limited liability company,* <br> *(known collectively as "ADF COMPANIES"),* <br> and <br> PIZZA HUT, INC., *a foreign corporation,* <br><br> Defendant. | Case No. 9:12-cv-80577-KAM <br><br><br> **DECLARATION OF MARGARET DALEY** |

I, Margaret A. Daley, declare:

### *Background*

1. I am a Managing Director of Berkeley Research Group ("BRG") and a leader in its Global Investigations + Strategic Intelligence practice group. BRG is a leading global strategic advisory and expert services firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world. I joined BRG in 2015. Prior to joining BRG I led the Forensic Data & Analytics practice at Duff & Phelps, an international consulting firm.

2. Among those aspects of my background that are relevant to this matter are the following: I am a licensed attorney and have been a member of the Illinois bar since 1987. I am

a Certified Fraud Examiner. I have been retained by Fortune 500 corporations, large public universities, global financial institutions, healthcare providers and the American Bar Association (among others) to conduct independent investigations and report my findings and recommendations on matters ranging from whistleblower claims to law school accreditation. I currently serve as the Chairman of the Cook County (Illinois) Board of Ethics. I have served on the Board of Directors and as a past President of the Illinois Equal Justice Foundation. The National Law Journal has named my investigative team as "Best of Chicago for Global Risk & Investigations." Annually, since 2014, Who's Who Legal has named me as one of a select group of Forensic Investigations Experts, and in 2018 as one of its five "Thought Leaders" nationally in the field of Digital and Data Forensics and in Investigations.

3. I have previously been retained in more than 20 lawsuits alleging violations of the Telephone Consumer Protection Act or "TCPA." I was retained in those cases, among other things, to investigate whether data sources—dialer records, account records and publicly available data—could be used to identify the persons who received dialer calls and/or to determine whether there was consent to call the number at issue. I have been engaged in certain lawsuits brought under the TCPA to assist in the identification of potential class members so that class administrators can provide notice in connection with the settlement of such lawsuits. A more complete description of my qualifications, background and experience is set forth in my CV which is attached as Exhibit A to this declaration.

### *Analysis Conducted*

4. The work that I have done in connection with this matter includes the following[1]:

  a. I received "exhibitA-4.pdf" to the November 10, 2016 Expert Report of Robert Biggerstaff from Counsel and ingested 13,046 phone numbers contained therein into SQL Server 2017 (the "Subpoenaed Numbers List"). It is my understanding that these phone numbers correspond to the

---

[1] Throughout this declaration, when I use the first-person to describe my analysis, I am referring to work conducted by me or by my staff under my direction.

    class certified in this case.

b. I received 14 Excel files[2] containing cellular phone number lists subpoenaed from the carriers ("Numbers Requested from Carriers"). I used the naming conventions of these files to identify which of the 13,046 phone numbers were subpoenaed from a particular carrier. For example, the numbers identified in "Sprint Sheet.xlsx" were labeled as Sprint numbers. There were several instances where one phone number was subpoenaed from all 14 carriers; I therefore designated the Carrier label as "ALL Carriers." Of the 13,046, 541 phone numbers were not identified in the Numbers Requested from Carriers and were therefore given the temporary Carrier designation of "Unknown." I imported these numbers and Carrier Designations to SQL Server 2017.

c. To date, I have received 19 Excel files[3] that contain name, address, email and/or date data related to the Subpoenaed Numbers List and returned by the Carriers subpoenaed ("Carrier Data Returned"). I imported this data into SQL Server 2017 where, by phone number returned, I determined which data was related to specific carriers using the Numbers Requested from Carriers files. For numbers not identified in the Numbers Requested from Carriers, where able, I used the file naming conventions of the Carrier Data Returned to identify associated carriers (for example, the numbers identified in "Sprint_2018-261277-6467157.xls.xls" were labeled as Sprint numbers). All remaining numbers were labeled as having "Unknown" carriers.

d. After uploading the Carrier Data Returned, I identified phone numbers in which a corresponding name(s) and email address(es) or name(s) and

---

[2] The data I received from Counsel is listed in Exhibit B to this declaration.
[3] Id.

    address(es) were identified.[4] This involved filtering the data to exclude, for example:

     i. email addresses without the "@" character,

     ii. non-names (e.g. names only containing numerical values or names identified as Telecom Providers like "TRACFONE")

     iii. addresses that do not include a city or zip code

   e. While identifying "Names" in the data, I identified many entries containing keywords that would indicate a business name instead of a person's name (for example, "LLC," "INC," "RADIOSHACK") in the Subscriber Name or User Name fields. I still considered Carrier Data referring only to business entities as providing a "Name" in my analytics. Of the 8,194 phone numbers I identified as associated with a "Name," 284 were associated with both a business(es) and a person(s) and 104 were associated with a business name(s) only.

5. Of the 13,046 telephone numbers identified in the Subpoenaed Numbers List, I identified 8,185 numbers related to a corresponding name(s) and email address(es) or name(s) and address(es). The chart on the following page shows the overall results of my analysis.

6. Of the 664 numbers identified below with "Email or Address Reported with no Name," approximately 69% are associated with the subscriber name "TracFone", a Mobile Virtual Network Operator. The data associated with these numbers does not contain any corresponding email addresses and the addresses for these TracFone numbers generally do not correspond to a consumer's address. For example, over 150 numbers associated with TracFone share the same address, 8390 NW 25TH St., Doral, FL, in the carrier data. This address was described in 2018 as a mixed-use asset with flexible zoning, "allowing for a variety of uses to include industrial, commercial, office and retail."[5]

---

[4] I cannot opine on the validity of the addresses/email addresses provided as I did not validate them using NCOA Source (a third party vendor proving validation services). I can perform additional validations upon request.
[5] https://www.crexi.com/properties/175124/florida-8390-nw-25th-street



13,046 Phone Numbers Identified in ExhibitA-4.pdf

- Name with Address or Email Reported: 8,185 | 63%
- Name Reported with no Email or Address: 9 | 0.07%
- Email or Address Reported with no Name: 664 | 5%
- No Carrier Data Returned: 4,188 | 32%

Respectfully,

*[signature]*

July 15, 2019

# Exhibit A

# Curriculum Vitae



**Peggy Daley**
BERKELEY RESEARCH GROUP, LLC
70 West Madison Street, Suite 5000 | Chicago, Illinois 60602

Direct: 312.429.7950
PDaley@thinkbrg.com

Ms. Daley specializes in conducting complex investigations on behalf of boards of directors, senior management, outside counsel and regulators. Ms. Daley's work includes high profile investigations and compliance initiatives on behalf of higher education institutions, financial institutions and healthcare providers. Ms. Daley has testified at regulatory and sanctions hearings and also serves as an expert witness in matters relating to fraud, data privacy, data analytics, TCPA and consumer fraud, compliance and data security.

Ms. Daley's investigative team has been named "Best of Chicago for Global Risk & Investigations" by the National Law Journal. Who's Who Legal has named her as one of limited group of Forensic Investigations Experts every year since 2014 and noted that she is "one of the most highly respected nominees in our research overall." Ms. Daley was selected in 2018 by Who's Who as one of five U.S "Thought Leaders" in the field of Digital Forensics.

Ms. Daley's compliance work includes serving as the independent auditor for financial, admissions and marketing Student Commitments made by Adtalem Global Education. She has also designed and implemented graduate employment outcome reporting protocols for all U.S. law schools on behalf of their accreditor, the American Bar Association. Ms. Daley has investigated whistleblower claims on behalf of large public universities relating to misreporting data to accreditors and unethical behavior of university leadership.

Ms. Daley is very experienced in matters relating to government ethics. She currently serves as the Chairman of the Cook County Board of Ethics, which oversees the governance of the Cook County Ethics ordinance over the 22,000 Cook county employees and officeholders. She also serves on the state board overseeing the licensing of private detectives and security professionals. She is a Life Trustee of the Better Government Association, where she previously served as the Chair of the Board of Directors. Ms. Daley received her J.D. *cum laude* from Boston University School of Law and her B.A. from the University of Michigan.

**EDUCATION**
J.D., *cum laude* Boston University School of Law, 1987
B.A. University of Michigan, 1984

1

# Curriculum Vitae



**SUMMARY OF PROFESSIONAL EXPERIENCE**
Duff & Phelps, Managing Director, 2008-2015
Navigant Consulting, Director, 2004-2008
Pinkerton Consulting, Vice President and Associate General Counsel, 2001-2004
Investigative Group International, Vice President and General Counsel, 1997-2001
Sonnenschein Nath & Rosenthal, Associate, 1995-1997
Phelan Pope & John, Associate, 1990-1995
Kirkland & Ellis, Associate, 1987-1990

**PROFESSIONAL AWARDS AND RECOGNITION**
2019 Who's Who Legal Investigations: Digital Forensic Expert
2018 Who's Who Legal Consulting Experts: Digital & Data- Digital Forensic Expert
2018 Who's Who Legal Investigations: Digital Forensic Expert Thought Leader
2018 Who's Who Legal Investigations: Investigations Thought Leader
2018 Who's Who Legal: Forensic Investigations Expert
2017 Who's Who Legal Consulting Experts: Forensics & Litigation Consulting - Digital
2017 Best Forensic Investigations Team 2017 – USA, *Lawyer's Monthly*
2017 Who's Who Legal: Forensic Investigations Expert
2016 Who's Who Legal: Forensic Investigations Expert
2016 Illinois Equal Justice Foundation Distinguished Service Award
2015 Who's Who Legal: Forensic Investigations Expert
2014 Who's Who Legal: Forensic Investigations Expert
2012 Best of Chicago Global Risk & Investigations, *National Law Journal*

**CERTIFICATIONS AND LICENSURE**
Certified Fraud Examiner (CFE)
Certified Information Privacy Professional (CIPP)
Certified Anti-Money Laundering Professional (CAMS)
Admitted to Illinois Bar, November 5, 1987, License No. 6196186
Illinois Class A Private Detective, License No: 115—001845

**PROFESSIONAL AFFILIATIONS**
American Bar Association, Member
   Co-Chair
      Financial Institutions, Money Laundering and Patriot Act Subcommittee of the
      White Collar Committee/Criminal Justice Section (2015-2017)
   Liaison
      White Collar Committee to the American Banking Association (2015-2017)
Association of Certified Information Privacy Professionals, Member
Association of Certified Fraud Examiners, Member
Association of Certified Anti-Money Laundering Professionals, Member
Better Government Association, Life Trustee (former Chair, Board of Directors)
Cook County Board of Ethics, Chair

2

**Curriculum Vitae** 

Illinois Equal Justice Foundation, Board of Directors (2005-2017, President, 2016))
Illinois Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Board, Member
Sedona Conference, Member WG11 Data Security/Privacy in Civil Litigation Drafting Team
Women's White Collar Defense Association
  Co-Leader Chicago Chapter (2012-2018)

**EXPERT WITNESS, TESTIMONY AND NEUTRAL EXPERIENCE**
1. Hanley v. Tampa Bay Sports and Entertainment LLC, No: 8:19-cv-00550-CEH-CPT (M.D. Fla. Filed 2019)
2. Sheean v. Convergent , No: 2:18-cv-11532-GCS-RSW (E.D. Mich., Report filed June 2019)
3. Revitch v. Citibank, N.A., No: 3:17-cv-06907-WHA (N.D. Cal., Report filed January 2019)
4. McCurley v. Royal Seas Cruises, Inc., No. 17-cv-1988 AJB (AGS), consolidated with DeForest v. Royal Seas Cruises, Inc., No. 17-cv-986 AJB (AGS) (S.D. Cal., Report filed October 2018)
5. Pieterson v. Wells Fargo Bank, N.A., No: 3:17-cv-02306-EDL (N.D. Cal., Report filed October 2018)
6. Marcheco v. Jo-Ann Stores, LLC, No: 1:18-cv-20564-MGC (S.D. Fla., Report filed October 2018)
7. Horton v. Navient Solutions, Inc., No: 1773cv00200 (Mass. Sup. Ct., Report filed October 2018)
8. Fitzgerald v. Universal Pictures, No: 6:16-cv-01193-CEM-DCI (M.D. Fla, expert Report filed July 2, 2018)
9. Bakov, et. al v. Consolidated World Travel Inc. d/b/a Holiday Cruise Line, No. 1-15-CV-02980, consolidated with No. 1-17-CV-973 (N.D. IL, Report filed 2018)
10. Flowers v. Twilio, Inc., No: RG16804363 (Sup. Ct. Cal., Report filed 2017)
11. Terteryana et al. v. Nissan Motor Corporation, No.: 2:16–cv02029-GW-KS (C.D. Cal., Declaration filed 2017)
12. Johnson v. Oracle America, Inc., No: 3:17-cv-00725 (N.D. Ca. Declaration filed April 2017)
13. Champer v. Navient Solutions, Inc., No. 6:16-cv-00569 (M.D. Fla. April 4, 2016)
14. Zaklit v. Nationstar Mortgage LLC, et al., No: 5:15-cv-02190-CAS-KK (C.D. Cal., filed October 23, 2015)
15. Diwaker v. SLM Corporation (commonly known as Sallie Mae), No: 01-16-0000-1045 (American Arbitration Association, filed January 12, 2016)
16. Reifsnyder and Navient Solutions, Inc., Re: 01-15-0006-011 (American Arbitration Association, Report filed 2016)8)
17. Lee v. Global Tel * Link Corporation, No.: 2:15- cv-02495-ODW PLA [consolidated with 2:15-cv-03464-ODW-PLA] (C.D. Cal., Declaration filed 2016)
18. Henderson v. United Student Aid Funds, Inc. D/B/A USA Funds, No. 3:13-cv-1845-JLS-BLM (S.D. Cal., Declaration filed 2016)
19. Johnson v. Navient Solutions, Inc. f/k/a Sallie Mae, Inc., No 1:15-CV-0716 (S.D. Ind. Declaration filed 2016)
20. Charvat, et al. v. Valente, et al., No. 12-CV-5746 (N.D. Ill. Reports filed 2016)

3

**Curriculum Vitae** 

21. Ameristar Casino East Chicago, LLC. v. Unite Here Local 1, No. 45d01-1504-Pl-00034 (Lake Co. Sup. Ct., Indiana, August 2015)
22. ABA's Council on Legal Education and Admission to the Bar Data Policy & Collection Committee Meeting (2014)
23. Proprietect L.P v. Johnson Controls Inc., No 12-12953 (E.D. Mich. Appointed 2014)
24. ABA's Council on Legal Education and Admission to the Bar Sanctions Hearing, University of Illinois College of Law (January 2012)
25. Howard Ehrenberg, Chapter 7 Trustee of Axium International Inc. v. BDO Seidman, LLP, American Arbitration Association Case No. 13 107 Y 00329 09 (Case filed 2009)

**PUBLIC REPORTS, PUBLICATIONS AND ARTICLES**

1) "Why Can't the Courts Get Wrong-Number Cases Right?," International Association of Privacy Professionals Privacy Perspectives (May 21, 2018); https://iapp.org/news/a/why-cant-the-courts-get-wrong-number-cases-right/
2) "Data Breaches Take Various Forms: Patching leaks from your house to the courthouse" Thinkset (April 4, 2018); https://www.thinksetmag.com/issue-4/2018/4/4/data-breaches-take-various-forms
3) "Five Deposition Questions You Should Ask Opposing TCPA Experts," Legaltech News (January 4, 2018)
4) Lies, Damn Lies and the Investigators Who 'Pretext,'" Law 360 (December 2, 2017)
5) "Independent Student Commitment Review for Adtalem Global Education" (October 23, 2017) http://viewpoints.adtalem.com/wpcontent/uploads/2017/10/Adtalem_Student_Commitment_Assessment.pdf
6) "Data Security and the Expert Witness: 14 Security Questions to Ask Your Witness" LegalTech News (May 18, 2017)
7) "Is Sensitive Data Safe in the Hands of Expert Witnesses?" LegaltechNews (March 27, 2017)
8) "Life is Short; Affairs Are Expensive: The Ashley Madison Breach and Its Aftermath," ThinkBRGTech.com (2015)
9) "FCC TCPA Declaratory Rules Draw Objections," ThinkBRGTech.com (2015)
10) 10 Steps to Protecting Your Trade Secrets from the Malicious Insider," Inside Counsel (2014)
11) "Investigative Report University of Illinois Anonymous Emails of December 12, 2011," prepared by Jones Day and Duff & Phelps under the direction of the University Ethics Office and the Office of the University Counsel (January 13, 2012)
12) "Investigative Report University of Illinois College of Law Class Profile Reporting," prepared by Jones Day and Duff & Phelps under the direction of the Office of University Counsel and the University Ethics Office (November 7, 2011)
13) "Computer Forensics," Chapter 3 in The Commercial Fraud Manual, American Bankruptcy Institute (2010)
14) "Forensic Technology and the CPA Practitioner," AICPA Forensic Task Force White Paper (2010-2012)

4

**Curriculum Vitae**



15) "Laptop Discovery: Investigating Cases from Your Office Computer," The Environmental Litigator, (Spring, 2010)
16) Weathering the Storm: Timely, Complete and Cost Effective Discovery," Duff & Phelps White Paper (January, 2009)
17) "Fact Finding in the Digital Age," Chapter 26 in Product Liability Litigation: Current Law, Strategies and Best Practices, Practicing Law Institute (2009-2015)
18) "Avoiding the Disclosure of Intermingled Data," 22nd Annual American Bar Association National Institute on White Collar Crime (2008)
19) "Integrating E-Discovery and Investigations Expertise," Metropolitan Corporate Counsel, (August, 2008)
20) "Tracking Assets in Financial Fraud and Bankruptcy Investigations: The Business Intelligence Guide for Asserting Creditors' Rights," Pinkerton White Paper (2001)
21) "Protocols for Investigating Y2K Failures: A New Dynamic in Investigating and Resolving Technology Disputes," Mealey's Cyber Tech and Y2K Reporter (September 1999)
22) "Limiting Discovery, Not the Facts: Using Investigators in Arbitrations and Mediations," Metropolitan Corporate Counsel (August 1999)

# Exhibit B

Berkeley Research Group

# Exhibit B

| File Name | BRG Description |
|---|---|
| PizzaHutMultiSub05222019_CA_DE_PA.xlsx | Carrier Data Returned |
| Copy of Keim T-Mobile Subscriber data 061719.xlsx | Carrier Data Returned |
| 2018-261277-6467157.xls | Carrier Data Returned |
| email-5671071-2018-261277-6670052.xls.xls | Carrier Data Returned |
| email-5676832-2019-031207-6671010.xlsx | Carrier Data Returned |
| email-5676832-2019-031207-6671047.xlsx | Carrier Data Returned |
| email-5676832-2019-031207-6671062.xlsx | Carrier Data Returned |
| email-5676832-2019-031207-6671066.xlsx | Carrier Data Returned |
| email-5676832-2019-031207-6671077.xlsx | Carrier Data Returned |
| email-5676832-2019-031207-6671087.xlsx | Carrier Data Returned |
| Keim Non-PA Subscriber & User Info 4823-1790-8628 v.1.xlsx | Carrier Data Returned |
| Keim PA Subscriber and User Info 4840-6864-3735 v.2.xlsx | Carrier Data Returned |
| KEIM v ADF.xlsx | Carrier Data Returned |
| Keim_v_ADF_complete_list_spreadsheet1.xlsx | Carrier Data Returned |
| Keim_v_ADF_spreadsheet2.xlsx | Carrier Data Returned |
| Prod 3.7.2019_236024- Keogh Law Firm - Keim v. Pizzahut.xlsx.xlsx | Carrier Data Returned |
| Sprint_2018-261277-6467157.xls.xls | Carrier Data Returned |
| Sprint_2019-031207-6785171.xlsx.xlsx | Carrier Data Returned |
| Sprint_email-5671071-2018-261277-6670052.xls.xls | Carrier Data Returned |
| exhibitA-4.pdf | Subpoenaed Numbers List |
| Altel Sheet.xlsx | Numbers Requested from Carriers |
| Boost Sheet.xlsx | Numbers Requested from Carriers |
| Cellular South Sheet.xlsx | Numbers Requested from Carriers |
| Cingular Sheet.xlsx | Numbers Requested from Carriers |
| Cricket Sheet.xlsx | Numbers Requested from Carriers |
| MetroPCS Sheet.xlsx | Numbers Requested from Carriers |
| Nextel Sheet.xlsx | Numbers Requested from Carriers |
| NTELOS Sheet.xlsx | Numbers Requested from Carriers |
| Rogers Sheet.xlsx | Numbers Requested from Carriers |
| Rural Sheet.xlsx | Numbers Requested from Carriers |
| Sprint Sheet.xlsx | Numbers Requested from Carriers |
| TMobile Sheet.xlsx | Numbers Requested from Carriers |
| US Cellular Sheet.xlsx | Numbers Requested from Carriers |
| Verizon Sheet.xlsx | Numbers Requested from Carriers |