# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| BRIAN KEIM, on behalf of himself and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADF MIDATLANTIC, LLC, et al., )<br>)<br>Defendants. )<br>) | Case No. 9:12-cv-80577-KAM<br><br>Hon. Judge Kenneth A. Marra<br><br>Magistrate Judge William Matthewman |

### REPLY TO PLAINTIFF'S MOTION TO COMPEL VERIZON TO COMPLY WITH PLAINTIFF'S SUBPOENA AND THE COURT'S APRIL 4, 2019 ORDER [ECF 292], OR <u>SHOW CAUSE</u>

Now comes Plaintiff and submits this Reply to his motion to compel Verizon, or show cause. *ECF 375*. On July 19, 2019 Verizon produced supplemental data, which it represents satisfies the issues raised in Plaintiff's pending motion.

Verizon produced this data late Friday afternoon, at a time when Plaintiff's expert was traveling and unavailable to begin his analysis until his return on Monday, July 22. At that time, Plaintiff's expert began his review and analysis forthwith. Based on the analysis conducted at this point, Plaintiff believes that the data is compliant with his subpoena and the Court's April 3, 2019 Order [*ECF 292*]. However, at the time of this filing, Plaintiff is endeavoring to obtain information from Verizon related to data fields within the recent production. Specifically, the data contains undefined fields that require definition so that Plaintiff's expert may complete his analysis.

Plaintiff will continue to work diligently to confirm Verizon's information is complete. Again, Plaintiff expects that he will obtain the necessary clarification from Verizon in the immediate future (on or before July 26, 2019), at which time Plaintiff will promptly move the Court to withdraw his July 12, 2019 motion to compel Verizon, or show cause (*ECF 375*).

80293

1

s/ *Keith J. Keogh*
Keith J. Keogh
Amy L. Wells, *pro hac vice*
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.374.3401 (Direct)
312.726.1092 (Main)
312.726.1092 (Fax)
AWells@Keoghlaw.com
Keith@Keoghlaw.com

Scott D. Owens
SCOTT D. OWENS, PA.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Phone: 954-589-0588
Fax: 954-337-0666
Email: Scott@ScottDOwens.com

*Class Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By: s/ *Keith J. Keogh*
        Keith J. Keogh

80293