IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRIAN KEIM, an individual, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 9:12-cv-80577 ) |
| v. | ) Hon. Judge Kenneth A. Marra ) |
| ADF MIDATLANTIC, LLC, a foreign limited liability company, AMERICAN HUTS INC., a foreign corporation, ADF PIZZA I, LLC, a foreign limited liability company, ADF PA, LLC, a foreign limited liability company, and PIZZA HUT, INC., a foreign corporation | ) Magistrate Judge William Matthewman ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR A 48-HOUR EXTENSION OF THE STAY**

Plaintiff Brian Keim and Defendants ADF Midatlantic, LLC, American Huts Inc., ADF Pizza I, LLC, ADF PA, LLC and Pizza Hut, LLC, by and through undersigned counsel, respectfully request the Court to extend the current stay by 48-hours through October 30, 2019, so that the parties can finalize and file their formal settlement agreement, motion for preliminary approval and attendant documentation. This request is made due to an expected delay in Defendants' ability to obtain the necessary signatures, and the parties do not anticipate having to seek any further extensions.

WHEREFORE, the parties respectfully request this Court to (i) stay this case through October 30, 2019, and (ii) award all relief deemed equitable and just

DATED:  October 28, 2019

Respectfully submitted,

*/s/ Mark S. Eisen*
David S. Almeida, Esq. (admitted *pro hac vice*)
dalmeida@beneschlaw.com

1

        Mark S. Eisen, Esq. (admitted *pro hac vice*)
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192

Jordan S. Kosches, Esq.
jordan.kosches@gray-robinson.com
**GRAYROBINSON, P.A.**
333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6997
Florida Bar No.: 49881

*Counsel for Defendants*

DATED:  October 28, 2019

Respectfully submitted,

/s/  Keith J. Keogh
Keith J. Keogh
Amy L. Wells, pro hac vice
Keogh Law, LTD.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603
312.374.3401 (Direct)
312.726.1092 (Main)
312.726.1092 (Fax)
AWells@Keoghlaw.com
Keith@Keoghlaw.com

Scott D. Owens
SCOTT D. OWENS, PA.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Phone: 954-589-0588
Fax: 954-337-0666
Email: Scott@ScottDOwens.com

*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **JOINT MOTION FOR 48-HOUR EXTENSION OF THE STAY** was served upon all interested parties using this Court's ECF filing system this 28th day of October, 2019.

                                              */s/ Jordan S. Kosches*